UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDUL AYAT MOHAMMED BEY, )
)
Plaintiff, )
)
v. )    Civil Action No. **12 0087**
)
DEPARTMENT OF HUMAN SERVICES, *et al.*, )
)
Defendants. )

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application, and dismiss the complaint.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the

1

doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff's complaint rambles and touches on several topics, from public assistance (which he characterizes as a "ponzi scheme"), to welfare reform, kidnap victims, identification requirements for voters, the prosecution of the late Senator Ted Stevens, and the presidential election. It is difficult not only to discern a viable claim within this Court's jurisdiction, but also to identify a clear statement showing plaintiff's entitlement to the relief he seeks. Accordingly, the Court will dismiss the complaint without prejudice. An Order consistent with this Memorandum Opinion is issued separately.

United States District Judge

DATE: Jan. 13, 2012